Ernest M. Malaspina, Bar No. 187946
emalaspina@hopkinscarley.com
Noelle R. Dunn, Bar No. 226913
ndunn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

**mailing address:**
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

Attorneys for Third-Party
Joann Blessing-Moore, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARIA VIRGINIA REYES and CHRISTINE REYES,<br><br>　　　　　Defendants. | CASE NO.  CR-10-0146 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR JOANN BLESSING-MOORE, M.D. TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS** |

　　　　IT IS HEREBY STIPULATED, pursuant to Crim. L.R. 47-4, by and between defendant CHRISTINE REYES ("Ms. Reyes") and third-party JOANN BLESSING-MOORE, M.D. ("Dr. Blessing-Moore"), as follows:

　　　　1.　　The return date for the subpoena served on Dr. Blessing-Moore is hereby continued from June 3, 2010 to June 17, 2010.

　　　　2.　　The parties will meet and confer about the scope of the subpoena served in this case on or before Friday, June 4, 2010 at 6:00 p.m.

　　　　3.　　Dr. Blessing-Moore shall, on or before June 17, 2010, produce documents responsive to those portions of the subpoena to which she has no objection or that

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

634\695028.2

STIPULATION TO EXTEND TIME FOR JOANN BLESSING-MOORE M.D. TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS
CASE NO. CR-10-0146 VRW

| | |
|---|---|
| 1 | are modified pursuant to the parties' meet and confer. |
| 2 | 4.   Dr. Blessing-Moore shall move, on or before June 17, 2010, to quash those |
| 3 | portions of the subpoena to which she continues to object after the meet and |
| 4 | confer. |

Dated: June 1, 2010

HOPKINS & CARLEY
A Law Corporation

By: _____/s/_____
Noelle R. Dunn
Attorneys for Third-Party
Joann Blessing-Moore, M.D.

Dated: June 1, 2010

BOIES SCHILLER & FLEXNER LLP

By: _____/s/_____
David W. Shapiro
Attorney for Defendant
Christine Reyes

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __6/3/2010__

Chief Judge Vaughn R Walker