DAVID W. SHAPIRO (CA Bar No. 219265)
SEAN PHILLIPS RODRIGUEZ (CA Bar No. 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile:  (510) 874-1460
Email: dshapiro@bsfllp.com
          srodriguez@bsfllp.com

Attorneys for Defendant
CHRISTINE D. REYES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.  10-CR-0146-VRW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| v. | ) ) | |
| | ) ) | **Current Hearing Date:  August 26, 2010** |
| | ) | Time:          2:00 p.m. |
| MARIA VIRGINIA REYES and CHRISTINE REYES, | ) ) | Judge:        Hon. Vaughn R. Walker |
| | ) | |
| Defendants. | ) ) | **Proposed Hearing Date:  September 2, 2010** |
| | ) | Time:          2:00 p.m. |
| | ) | Judge:        Hon. Vaughn R. Walker |

The parties hereby jointly request that the Court reschedule the Status Conference currently set for August 26, 2010 at 2:00 p.m. to September 2, 2010 at 2:00 p.m.

1.  This case is currently set for a status conference on August 26, 2010.

2.  There are also currently pending motions to quash three subpoenas served on the business of Joann Blessing-Moore and its accountants, which are set for September 2, 2010.

3.  Counsel for the government and for the two defendants have agreed that, if convenient for the Court, the status conference should take place on the same date as the argument on the motions to quash.

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1       The parties further stipulate and jointly request that time be excluded from the

2   Speedy Trial Act calculations from Thursday, August 26, 2010 through Thursday,

3   September 2, 2010 for effective preparation of counsel, including among other reasons

4   the need to resolve the motions regarding outstanding subpoenas and the review of a

5   large quantity of evidence.  The parties agree that the ends of justice served by granting

6   such a continuance outweigh the best interests of the public and the defendants in a

7   speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

8

9   IT IS SO STIPULATED.

10

11  DATED:  August 13, 2010                                    /s/
                                               DAVID W. SHAPIRO
12                                             Attorney for Christine D. Reyes

13

14  DATED:  August 13, 2010                                    /s/
                                               LOREN STEWART
15                                             Attorney for Maria Virginia Reyes

16

17  DATED:  August  13, 2010                                   /s/
                                               THOMAS MOORE
18                                             Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

<div style="text-align:left; writing-mode: vertical">BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA</div>

1

~~[PROPOSED]~~ ORDER

2 For good cause shown, the status conference now scheduled for Thursday, August

3 26, 2010 is vacated.  The matter shall be added to the Court's calendar on Thursday,

4 September 2, 2010 at 2:00 p.m.

5 In addition, for the reasons stated above, the Court finds that an exclusion of time

6 from August 26, 2010 through September 2, 2010 is warranted and that the ends of

7 justice served by the continuance outweigh the best interests of the public and the

8 defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the

9 requested continuance would deny defense counsel the reasonable time necessary for

10 effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §

11 3161(h)(7)(B)(iv).

12

13 IT IS SO ORDERED.

14

15 DATED:  ___8/25/2010_____



16 HON. _____
United Judge Vaughn R Walker
_____ict Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIP & [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
CR-10-0146-VRW