DAVID W. SHAPIRO (CA Bar No. 219265)
SEAN PHILLIPS RODRIGUEZ (CA Bar No. 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460
Email: dshapiro@bsfllp.com
         srodriguez@bsfllp.com

Attorneys for Defendant
CHRISTINE D. REYES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARIA VIRGINIA REYES and CHRISTINE REYES, <br><br> Defendants. | CASE NO.  10-CR-0146-VRW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE <br><br> **Current Hearing Date: November 4, 2010** <br> Time:      2:00 p.m. <br> Judge:    Hon. Vaughn R. Walker <br><br> **Proposed Hearing Date:  January 6, 2011** <br> Time:      2:00 p.m. <br> Judge:    Hon. Vaughn R. Walker |

The parties jointly request that the Court reschedule the Status Conference currently set for November 4, 2010 at 2:00 p.m. to January 6, 2011 at 2:00 p.m.

1. This case is currently set for a status conference on November 4, 2010.

2. The co-defendant recently reached a disposition of the case, and Christine Reyes' counsel and government counsel are currently discussing a potential disposition in her case. No agreement has been reached, but the parties believe that further discussions are appropriate. In addition, and if no agreement can be reached, then counsel for Christine Reyes intends to seek further discovery from the government and/or third parties, and will serve that before January 6, 2011.

3.  Counsel for the government and for Christine Reyes agree that, if convenient for the Court, the status conference should be continued to January 6, 2011.

The parties further stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from Thursday, November 4, 2010 through Thursday, January 6, 2011 for effective preparation of counsel, including among other reasons the need to obtain additional evidence in defense of the case.  The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.


DATED:  November 3, 2010                                /s/
                                                DAVID W. SHAPIRO
                                                Attorney for Christine D. Reyes


DATED:  November 3, 2010                                /s/
                                                THOMAS MOORE
                                                Assistant United States Attorney

## [PROPOSED] ORDER

For good cause shown, the status conference now scheduled for Thursday, November 4, 2010 is vacated. The matter shall be added to the Court's calendar on Thursday, January 6, 2011 at 2:00 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from November 4, 2010 through January 6, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 11/3/2010



HON. VAUGHN R. WALKER
United States District Judge