DAVID W. SHAPIRO (CA Bar No. 219265)
SEAN PHILLIPS RODRIGUEZ (CA Bar No. 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  (510) 874-1000
Facsimile:   (510) 874-1460
Email: dshapiro@bsfllp.com
         srodriguez@bsfllp.com

Attorneys for Defendant
CHRISTINE D. REYES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  10-CR-0146-VRW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| v. | **Current Hearing Date: January 6, 2011** <br> Time:     2:00 p.m. <br> Judge:    Hon. Vaughn R. Walker |
| MARIA VIRGINIA REYES and CHRISTINE REYES, | |
| Defendants. | **Proposed Hearing Date:  March 10, 2011** <br> Time:     2:00 p.m. <br> Judge:    Hon. Vaughn R. Walker (or new judge to be assigned) |

The parties jointly request that the Court reschedule the Status Conference currently set for January 6, 2011 at 2:00 p.m. to March 10, 2011 at 2:00 p.m. (or to a date convenient to the Court).

1. This case is currently set for a status conference on January 6, 2011.

2. Christine Reyes' counsel and government counsel are currently discussing a potential disposition in her case. No agreement has been reached, but the parties believe that further discussions are appropriate.

3. In addition, counsel for Ms. Reyes received a response to its subpoena served on Joann Blessing-Moore, Ms. Reyes' former employer. The documents produced include QuickBooks printouts, as we requested, but the printouts are incomplete, with information cut off, so that a

complete understanding of the payments by Blessing-Moore to Ms. Reyes is not possible. These documents are important to analyze because the amounts reflected on them constitute the income allegedly unreported to the Internal Revenue Service.

4. Counsel for the government and for Christine Reyes agree that, if convenient for the Court, the status conference should be continued to March 10, 2011 or to such other date as is convenient, in light of the anticipated re-assignment of this case to a different judge.

The parties further stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from Thursday, January 6, 2011 through Thursday, March 10, 2011 for effective preparation of counsel, including among other reasons the need to analyze the recently received evidence and obtain additional evidence in defense of the case. The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: January 5, 2011  /s/
DAVID W. SHAPIRO
Attorney for Christine D. Reyes

DATED: January 5, 2011  /s/
THOMAS MOORE
Assistant United States Attorney

1                                           [PROPOSED] ORDER

2        For good cause shown, the status conference now scheduled for Thursday, January 6, 2011 is vacated. The matter shall be added to the Court's calendar on Thursday, March 10, 2011 at 2:00 p.m.

       In addition, for the reasons stated in the accompanying application, the Court finds that an exclusion of time from January 6, 2011 through March 10, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: January 6, 2011

                                                  HON. VAUGHN R. WALKER
                                                  United States District Judge