United States District Court
For the Northern District of California

1
2
3
4                     UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7   USA,                                    No. CR 10-00146 JW
8              Plaintiff(s),
                                            CLERK'S NOTICE RESETTING HEARING
9       v.
10  CHRISTINE REYES,
11             Defendant(s).
12  _____/
13
14  TO ALL PARTIES AND COUNSEL OF RECORD:
15
16  YOU ARE NOTIFIED THAT due to the recent case reassignment the Status Hearing before Judge
    Walker has been set to be heard before Chief Judge James Ware on **April 5, 2011 at 1:30 PM** in
17  Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.
18  Dated:  March 11, 2011
19                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
20
21
22                                          by:  _____/s/_____
                                                 Elizabeth Garcia
23                                               Courtroom Deputy
24
25
26
27
28