DAVID W. SHAPIRO (CA Bar No. 219265)
SEAN PHILLIPS RODRIGUEZ (CA Bar No. 262437)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile:  (510) 874-1460
Email: dshapiro@bsfllp.com
         srodriguez@bsfllp.com

Attorneys for Defendant
CHRISTINE D. REYES

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  10-CR-0146-JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | **Current Hearing Date: July 11, 2011**<br>Time:       1:30 p.m.<br>Judge:     Hon. James Ware |
| MARIA VIRGINIA REYES and CHRISTINE REYES, | |
| Defendants. | **Proposed Hearing Date:  Sept. 12, 2011**<br>Time:       1:30 p.m.<br>Judge:     Hon. James Ware |

/ / /

**BACKGROUND**

1.   Christine D. Reyes' sentencing hearing is currently set for July 11, 2011 at 1:30 p.m.

2.   Christine D. Reyes' court-appointed counsel will be unavailable on July 11, 2011.

3.   Counsel for Christine D. Reyes has contacted the Court's Courtroom Deputy to preliminarily reserve the next-available date and time, pending Court approval.

**STIPULATION**

4.   The parties stipulate and jointly request that the Court reschedule the sentencing hearing currently set for July 11, 2011 at 1:30 p.m. to the next-available date, September 12, 2011 at 1:30 p.m. (or to a date and time convenient to the Court).

IT IS SO STIPULATED.


DATED:  June 30, 2011                         _____/s/_____
                                              DAVID W. SHAPIRO
                                              Attorney for Christine D. Reyes


DATED:  June 30, 2011                         _____/s/_____
                                              THOMAS MOORE
                                              Assistant United States Attorney

BOIES, SCHILLER & FLEXNER LLP
OAKLAND, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Monday, July 11, 2011 at 1:30 p.m. is vacated.  The matter shall be added to the Court's calendar on [Monday, September 12, 2011 at 1:30 p.m] [or _____].


IT IS SO ORDERED.


DATED: ___July 1, 2011_____          _____

HON. JAMES WARE
Chief United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

The signatories to this document are David W. Shapiro and Thomas Moore.  I, Sean Phillips Rodriguez, have obtained Messrs. Shapiro and Moore's consents to electronically sign and file on their behalves.


DATED:  June 30, 2011                    BOIES, SCHILLER & FLEXNER LLP

                                         _____/s/_____
                                         Sean Phillips Rodriguez
                                         Attorneys for Christine D. Reyes